UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR, OFFICE OF THE DISTRICT ATTORNEY, et al.,<br><br>    Defendants. | Case No. 22-cv-01315-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/21/2022

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge